```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
GABRIEL FENTEANY,

        Plaintiff,

-against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.
----------------------------------------------------------- X

Index No. 1:16-cv-02788

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Gabriel Fenteany ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") (collectively, "the Parties"), that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed in full, and with prejudice, and without costs, attorney's fees or disbursements to any party over or against the other.

Dated: January 24, 2017

| | |
|---|---|
| RAMOSLAW | SEYFARTH SHAW LLP |
| By: /s/ Ivan A. Ramos | By:/s/ Jacob Oslick |
| Iván A. Ramos | Jacob Oslick |
| RamosLaw | joslick@seyfarth.com |
| 255 Main Street, Suite 401 | 620 Eighth Avenue |
| Hartford, Connecticut 06106 | New York, New York 10018 |
| Tel. (860) 519-5242 | Telephone: (212) 218-5500 |
| Fax. (860) 838-6403 | Facsimile: (212) 218-5526 |
| ivan@ivanramoslaw.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**SO ORDERED:**

_____  Jan. 25, 2017
HON. PAUL G. GARDEPHE, U.S.D.J.

36765305v.1